IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

ASHLEY WESTON                                                                            PLAINTIFF

V.                                          CASE NO. 5:24-CV-5050

TYSON SHARED SERVICES, INC.                                                  DEFENDANT

## JUDGMENT

**IT IS HEREBY ORDERED AND ADJUDGED** that for the reasons stated in the Court's Memorandum Opinion and Order filed yesterday (Doc. 62), Defendant Tyson Shared Services, Inc.'s Motion for Summary Judgment (Doc. 43) is **GRANTED**, and Plaintiff's Complaint (Doc. 2) is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED AND ADJUDGED** on this 20th day of January, 2026.

_____
TIMOTHY L. BROOKS
CHIEF UNITED STATES DISTRICT JUDGE